ADAM PAUL LAXALT
  Attorney General
Natasha M. Gebrael (Bar. No. 14367)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
(702) 486-2625 (phone)
(702) 486-2377 (fax)
NGebrael@ag.nv.gov
Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDYN WILLIAM GAYLER,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN NEVEN, et al.,<br><br>    Respondents. | Case No. 2:15-cv-00972-APG-CWH<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 1, 3, 4, AND 5)**<br><br>**ORDER** |

Respondents move this Court for an enlargement of time of 60 days, up to and including January 19, 2018, in which to file their Answer to Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 24). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached affidavit of counsel.

This is the first enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

DATED November 20, 2017

Submitted by:

**IT IS SO ORDERED.**

ADAM PAUL LAXALT
Attorney General

_____
UNITED STATES DISTRICT JUDGE
Dated: 11/22/217

By: /s/ Natasha M. Gebrael
    NATASHA M. GEBRAEL (Bar. No. 14367)
    Deputy Attorney General

# **DECLARATION OF NATASHA M. GEBRAEL**

STATE OF NEVADA )
                      ) ss:
COUNTY OF CLARK )

       I, NATASHA M. GEBRAEL, being first duly sworn under oath, depose and state as follows:

       1.      I am an attorney licensed to practice law in all courts within the State of Nevada, and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Brandyn William Gayler v. Warden Neven, et al.*, Case No. 2:15-cv-00972-APG-CWH, and as such, have personal knowledge of the matters contained herein.

       2.      The Response to Petitioner's Amended Petition for Writ of Habeas Corpus is due to be filed on November 20, 2017.

       3.      This Motion is made in good faith and not for the purpose of delay.

       4.      I have been unable with due diligence to timely complete a Response herein. I filed a Notice of Change of Attorney on November 16, 2017, which was my first appearance in the instant case. The attorney previously assigned to this matter, Matthew Johnson, is no longer with the Attorney General's Office, necessitating a transfer of his active files, including this case. I am still in the process of reviewing the procedural history and relevant pleadings in the instant matter.

       5.      In addition to this case, I am responsible for approximately 40% of all state court habeas petitions that challenge time credits, with an average of 25-30 responses due per week. I am also responsible for certain non-time credit state petitions and direct appeals to the Nevada Supreme Court arising out of Attorney General prosecutions.

       6.      In addition to my overall workload, and the need to complete my review of this case file, the habeas unit at the Attorney General's office will be short staffed until the end of November due to absences and vacation time and my workload is increasing to accommodate the absences.

       7.      Therefore, Respondents request an extension of time of 60 judicial days to file an Answer to the remaining claim in Petitioner's Petition for Habeas Corpus, through January 19, 2018.

/./.
/./.
/./.

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed on November 20, 2017.

/s/ Natasha M. Gebrael
NATASHA M. GEBRAEL (Bar No. 14367)