# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDYN WILLIAM GAYLER,

*Petitioner*,

vs.

NEVEN, *et al.*,

*Respondents*.

Case No. 2:15-cv-00972-APG-CWH

**ORDER**

**IT IS ORDERED** that the time for respondents to file an answer is extended without date pending the Court's entry of an order on the parties' motions (ECF Nos. 53 & 54) seeking reconsideration. The Court will reset deadlines in the case as then necessary in the order on the reconsideration motions.

DATED: 12/20/17

_____
ANDREW P. GORDON
United States District Judge